
CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

DANA A. BARBATA #9112
SYDNEY SPECTOR #11232
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Dana.Barbata@usdoj.gov

Attorneys for Defendant
U.S. DEPARTMENT OF
HOMELAND SECURITY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEILI CHEN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>U.S. DEPARTMENT OF<br>HOMELAND SECURITY, at al.<br><br>　　　　　Defendant. | CIVIL NO. 23-00414 JAO-KJM<br><br>STIUPULATION FOR<br>VOLUNTARY DISMISSAL; ORDER |

STIPULATION FOR VOLUNTARY DISMISSAL

　　　IT IS HEREBY STIPULATED and AGREED by and between Plaintiff

Meili Chen, and Defendants U.S. Department of Homeland Security, Alejandro

Mayorkas, Secretary of DHS, in his Official Capacity, U.S. Citizenship and Immigration Services, Ur Mendoza Jaddou, Director of USCIS, in her Official Capacity, Ted H. Kim, Director of Associate Director of the Refugee, Asylum Office of USCIS, David Matthew Radel, Director of Los Angeles Asylum Office of USCIS, in his Official Capacity, Honolulu Field Office of USCIS, Jayci Roney, Acting Director of Honolulu Field Office of USCIS, in her Official Capacity ("Defendants"), through their respective counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the instant action shall be dismissed *with prejudice*.   There are no remaining claims or parties.   Each party shall bear their own attorney's fees and costs.

Dated:   August 15, 2024, at Honolulu, Hawaii.

Respectfully submitted,

CLARE E. CONNORS
United States Attorney
District of Hawaii

By  /s/ Dana A. Barbata
_____
DANA A. BARBATA
Assistant U.S. Attorney
Attorneys for Defendants

/s/ Wen Sheng Gao
_____
WEN SHENG GAO, ESQ.
Attorney for Plaintiff

APPROVED AS TO FORM:
DATED: August 15, 2024, Honolulu, Hawaiʻi.



Jill A. Otake
United States District Judge

*Meili Chen v. U.S. Department of Homeland Security*; Civ. No. 23-00414 JAO-KJM; "Stipulation for Voluntary Dismissal; Order"